# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2434

_____

LEESBURG REGIONAL MEDICAL
CENTER and CLARENDON
NATIONAL INSURANCE
COMPANY/CARRIER & ENSTAR (US)
INC./SA,

      Appellants,

      v.

PATRICIA STEPHENS,

      Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: December 5, 2000.

January 26, 2018

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert B. Griffis of Jones, Hurley & Hand, P.A., Orlando, for Appellants.

Mark N. Tipton and Daniel L. Hightower, Ocala, for Appellee.